**Edwin Adonay MENDOZA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–71710.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2010.*

Filed Dec. 13, 2010.

Gerald Kenneth Roberts, Law Offices of Gerald K. Roberts, Pittsburg, CA, for Petitioner.

Gregory Michael Kelch, OIL, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, RYMER, and GRABER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Edwin Adonay Mendoza, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings. *Santos–Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir. 2008). We deny the petition for review.

Mendoza contends he suffered harm from gang members during several incidents on account of his imputed political opinion. Substantial evidence supports the BIA's finding that the robberies were criminal in nature or to recruit him, and thus that Mendoza failed to establish the required nexus to a protected ground. *See Gormley v. Ashcroft*, 364 F.3d 1172, 1177 (9th Cir.2004) (random criminal acts bore no nexus to a protected ground); *Santos–Lemus v. Mukasey*, 542 F.3d at 745–46 (rejecting petitioner's contention that "the gang held any sort of belief system that they perceived [petitioner] to oppose"); *Parussimova v. Mukasey*, 555 F.3d 734, 740–41 (9th Cir.2009) ("[t]he Real ID Act requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"). Accordingly, Mendoza's asylum and withholding of removal claims fail. *See Ochoa v. Gonzales*, 406 F.3d 1166, 1172 (9th Cir.2005).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.